UNITED STATES of America,
Plaintiff–Appellee,

v.

Cecelia LYONS, Defendant–Appellant.

No. 12–14022
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 14, 2013.

Ramona Albin, Davis A. Barlow, Michael B. Billingsley, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff-Appellee.

Cecelia Lyons, Oneonta, AL, Alison Wallace, Attorney at Law, Pelham, AL, for Defendant–Appellant.

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Allison Wallace, appointed counsel for Cecelia Lyons in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lyons's revo-cation of supervised release and sentence are **AFFIRMED.**